THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Willie R. Sanders, Appellant,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal From Laurens County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2011-UP-167
Submitted April 1, 2011  Filed April 18, 2011   

AFFIRMED

 
 
 
 Willie R. Sanders, pro se, for Appellant.
 Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General Ashley A. McMahan, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Willie R. Sanders appeals the circuit court's dismissal of his petition for writ of habeas corpus as procedurally barred by the
Uniform Post Conviction Procedure Act.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
authority:  State v. Simpson, 275 S.C. 426, 429, 272 S.E.2d 431, 432 (1980) ("[T]he burden of showing that the [circuit] court erred is upon
the appellant.").
AFFIRMED.
WILLIAMS, GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.